IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANN BARTHOLD, | : | |
|     Plaintiff, | | |
| v. | : | |
| BRIARLEAF NURSING & CONVALESCENT CENTER NURSING HOME; BRIARLEAF NURSING & CONVALESCENT , INC.; and JOANNE NEWFIELD c/o BRIARLEAF NURSING & CONVALESCENT CENTER NURSING HOME | : : : | CIVIL ACTION NO. 13-2463 |
|     Defendants. | : | |

## ORDER

AND NOW, this 27th day of June, 2014, upon consideration of Defendants' Motion to Dismiss (Doc. No. 5), Plaintiff's Opposition thereto (Doc. No. 7), and Defendants' Reply (Doc. No. 10), it is hereby ORDERED that said Motion is GRANTED.  All claims against Defendant Joan Newfield, in her individual capacity, are hereby DISMISSED with prejudice.

It is further ORDERED that Plaintiff shall have twenty (20) days from the date of the Order within which to file an Amended Complaint.  Failure to do so shall result in dismissal of all remaining claims with prejudice.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II     J.